UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 18, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
AMC
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-CR-00037-TLN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| KENDELL LASHAWN DAVIS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KENDELL LASHAWN DAVIS, Case No. 2:20-CR-00037-TLN, Charge 18 USC § 922(g), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 10,000.00

  ✔ Unsecured Appearance Bond

  \_\_ Appearance Bond with 10% Deposit

  \_\_ Appearance Bond with Surety

  \_\_ Corporate Surety Bail Bond

  ✔ (Other)   With Pretrial Release Supervision and Conditions of

              Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 18, 2020 at 3-18-20 pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge