HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
KENDELL DAVIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:20-CR-37-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE TO** |
| vs. ) | **JUNE 11, 2020** |
| ) | |
| KENDELL DAVIS, ) | Date:   April 30, 2020 |
| ) | Time:   9:30 A.M. |
| Defendant. ) | Judge: Hon. Troy L. Nunley |
| ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Paul Hemesath, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Kendell Davis, that the status conference currently set for April 30, 2020 may be continued to **June 11, 2020 at 9:30 A.M**.

On February 13, 2020, the government filed an indictment against Mr. Davis alleging a violation of 18 U.S.C. § 922(g)(1).  ECF No. 4.  On April 15, 2020, the government provided the defense with discovery, consisting of several video and audio files and 106 pages of discovery.

The defense requires time to review the discovery, conduct its investigation, and otherwise prepare for trial.  The defense believes that failure to grant the requested continuance would deny it the reasonable time necessary for effective defense preparation, taking into

account the exercise of due diligence.  The parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial. Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 30, 2020 and June 11, 2020, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at Mr. Davis's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2020                    */s/  Christina Sinha*
                                        CHRISTINA SINHA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        KENDELL DAVIS


Date: April 24, 2020                    MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Paul Hemesath*
                                        PAUL HEMESATH
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 24, 2020

Troy L. Nunley
United States District Judge