1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   KENDELL DAVIS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,        )  Case No.  2:20-CR-37-TLN
11                                   )
              Plaintiff,             )  **STIPULATION AND ORDER TO CONTINUE**
12                                   )  **STATUS CONFERENCE TO DECEMBER 10,**
              vs.                    )  **2020 AND EXCLUDE TIME**
13                                   )
   KENDELL DAVIS,                    )  Date:   October 22, 2020
14                                   )  Time:  9:30 A.M.
              Defendant.             )  Judge: Hon. Troy L. Nunley
15  _____ )

16        IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United

17  States Attorney, through Paul Hemesath, Assistant United States Attorney, counsel for Plaintiff,

18  and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha,

19  counsel for Defendant Kendell Davis, that the status conference currently set for October 22,

20  2020 may be continued to **December 10, 2020 at 9:30 A.M.**

21        On February 13, 2020, the government filed an indictment against Mr. Davis alleging a

22  violation of 18 U.S.C. § 922(g)(1).  ECF No. 4.  On April 15, 2020, the government provided the

23  defense with discovery, consisting of several video and audio files and 106 pages of discovery.

24        The defense requires time to review the discovery, conduct its investigation, and

25  otherwise prepare for trial.  The defense believes that failure to grant the requested continuance

26  would deny it the reasonable time necessary for effective defense preparation, taking into

27  account the exercise of due diligence.  The parties stipulate that the ends of justice served by

28

Stipulation and Order to Continue Status              -1-              *United States v. Davis,* 2:20-cr-37-TLN
Conference to December 10, 2020 and Exclude
Time

1  granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.

2  Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act),

3  the parties request that the time period between October 22, 2020 and December 10, 2020

4  (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

5  because it results from a continuance granted by the Court at Mr. Davis's request, based on a

6  finding that the ends of justice served by granting the continuance outweighs the best interest of

7  the public and Mr. Davis in a speedy trial.

8                                          Respectfully submitted,

9                                          HEATHER E. WILLIAMS
                                           Federal Defender
10

11  Date: October 19, 2020                 */s/  Christina Sinha*
                                           CHRISTINA SINHA
12                                          Assistant Federal Defender
                                           Attorneys for Defendant
13                                          KENDELL DAVIS

14

15  Date: October 19, 2020                 MCGREGOR W. SCOTT
                                           United States Attorney
16

17                                          */s/ Paul Hemesath*
                                           PAUL HEMESATH
18                                          Assistant United States Attorney
                                           Attorney for Plaintiff
19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference to December 10, 2020 and Exclude
Time                                         -2-                    *United States v. Davis*, 2:20-cr-37-TLN

1

**<u>O R D E R</u>**

2        The Court, having received and considered the parties' stipulation, and good cause

3  appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5  IT IS SO ORDERED.

6

7  Dated: October 20, 2020

_____

Troy L. Nunley

8                                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status
Conference to December 10, 2020 and Exclude
Time                                                -3-                          *United States v. Davis,* 2:20-cr-37-TLN