1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   KENDELL DAVIS

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-37-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 25, 2021 AND EXCLUDE TIME** |
| vs. | ) |
| KENDELL DAVIS, | ) Date:  December 10, 2020 |
| Defendant. | ) Time: 9:30 A.M.<br>) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Paul Hemesath, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Kendell Davis, that the status conference currently set for December 10, 2020 may be continued to **March 25, 2021 at 9:30 A.M.**

On February 13, 2020, the government filed an indictment against Mr. Davis alleging a violation of 18 U.S.C. § 922(g)(1). ECF No. 4. On April 15, 2020, the government provided the defense with discovery, consisting of several video and audio files and 106 pages of discovery.

The defense requires time to review the discovery, conduct its investigation, conduct legal research, and otherwise prepare for trial. The defense believes that failure to grant the requested continuance would deny it the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence. The parties stipulate that the ends

of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial. Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between December 10, 2020 and March 25, 2021 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at Mr. Davis's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 2, 2020

*/s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
KENDELL DAVIS

Date: December 2, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 2, 2020

_____
Troy L. Nunley
United States District Judge