1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   KENDELL DAVIS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,       ) Case No.  2:20-CR-37-TLN
11                                  )
             Plaintiff,             ) **STIPULATION AND ORDER TO AMEND**
12                                  ) **CONDITIONS OF RELEASE TO ADD**
             vs.                    ) **TREATMENT CONDITION**
13                                  )
   KENDELL DAVIS,                   )
14                                  ) Judge: Hon. Carolyn K. Delaney
             Defendant.             )
15  _____)

16        IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United

17  States Attorney, through Paul Hemesath, Assistant United States Attorney, counsel for Plaintiff,

18  and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha,

19  counsel for Defendant Kendell Davis, that the Special Conditions of Release may be modified to

20  add a treatment condition, as specified below.  *See* ECF No. 20.  Pretrial Services agrees with the

21  sought modification.  Specifically, the parties request that the Special Conditions of Release be

22  amended to add the following language:

23            10. You must participate in a program of medical or psychiatric
              treatment, including treatment for drug or alcohol dependency, as
24            approved by the pretrial services officer. You must pay all or part
              of the costs of the counseling services based upon your ability to
25            pay, as determined by the pretrial services officer.

26  The parties respectfully move the Court to modify the conditions of release accordingly.

27                      (Signatures immediately follow on next page.)

28

   Stipulation and [Proposed] Order to Amend          -1-          *United States v. Davis,* 2:20-cr-37-TLN
   Conditions of Release to Add Treatment
   Condition

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 8, 2021

*/s/  Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
KENDELL DAVIS

Date: April 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Paul Hemesath*
PAUL HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and [Proposed] Order to Amend
Conditions of Release to Add Treatment
Condition                                          -2-                *United States v. Davis,* 2:20-cr-37-TLN

1

**<u>O R D E R</u>**

2              The Court, having received and considered the parties' stipulation, and good cause

3      appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The special

4      conditions of release are hereby modified accordingly.

5

6      IT IS SO ORDERED.

7      Dated:  April 9, 2021

8                                                    _____

9                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Amend              -3-              *United States v. Davis,* 2:20-cr-37-TLN
Conditions of Release to Add Treatment
Condition