| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |

Attorneys for Defendant
KENDELL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-37-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date:   July 29, 2021 |
| KENDELL DAVIS, | ) Time:  9:30 A.M. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Phillip A. Talbert, through Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Kendell Davis, that the status conference currently set for July 29, 2021 may be continued to **September 09, 2021 at 9:30 A.M.**

On February 13, 2020, the government filed an indictment against Mr. Davis alleging a violation of 18 U.S.C. § 922(g)(1).  ECF No. 4.  On April 15, 2020, the government provided the defense with discovery, consisting of several video and audio files and 106 pages of discovery.

The defense requires addition time to conduct its investigation, conduct legal research, explore potential resolutions, consider pretrial motions, and otherwise prepare for trial.  The defense believes that failure to grant the requested continuance would deny it the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.

The parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial. Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 29, 2021 and September 09, 2021 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at Mr. Davis's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 26, 2021

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
KENDELL DAVIS

Date: July 26, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Paul Hemesath
PAUL HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

1 **O R D E R**

2  The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5 IT IS SO ORDERED.

6

7 Dated: July 27, 2021

8 Troy L. Nunley
United States District Judge