1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    KENDELL DAVIS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) Case No.  2:20-CR-37-TLN
                                     )
        Plaintiff,                   ) **STIPULATION AND ORDER TO CONTINUE**
12                                   ) **STATUS CONFERENCE AND EXCLUDE TIME**
        vs.                          )
13                                   ) Date:  November 18, 2021
    KENDELL DAVIS,                   ) Time: 9:30 A.M.
14                                   ) Judge: Hon. Troy L. Nunley
        Defendant.                   )
15  _____ )

16          IT IS HEREBY STIPULATED and agreed by and between Acting United States

17  Attorney Phillip A. Talbert, through Assistant United States Attorney Paul Hemesath, counsel

18  for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender

19  Christina Sinha, counsel for Mr. Kendell Davis, that the status conference currently set for

20  November 18, 2021 **may be continued to January 13, 2022 at 9:30 A.M.**

21          On February 13, 2020, the government filed an indictment against Mr. Davis alleging a

22  violation of 18 U.S.C. § 922(g)(1).  ECF No. 4.  On April 15, 2020, the government provided the

23  defense with discovery, consisting of several video and audio files and 106 pages of discovery.

24          The defense requires addition time to conduct legal research on various guidelines issues,

25  conduct other legal research, explore potential resolutions, consider pretrial motions, and

26  otherwise prepare for trial.  The defense believes that failure to grant the requested continuance

27  would deny it the reasonable time necessary for effective defense preparation, taking into

28

                                        -1-

1    account the exercise of due diligence.  The parties stipulate that the ends of justice served by

2    granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.

3    Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act),

4    the parties request that the time period between November 18, 2021 and January 13, 2022

5    (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4),

6    because it results from a continuance granted by the Court at Mr. Davis's request, based on a

7    finding that the ends of justice served by granting the continuance outweighs the best interest of

8    the public and Mr. Davis in a speedy trial.  Finally, the parties expect that they will know

9    whether this matter will resolve or go to trial by the January 13, 2022 status conference.

10                                        Respectfully submitted,

11                                        HEATHER E. WILLIAMS
                                          Federal Defender

12

13   Date: November 16, 2021             */s/  Christina Sinha*
                                          CHRISTINA SINHA
14                                        Assistant Federal Defender
                                          Attorneys for Defendant
15                                        KENDELL DAVIS

16

17   Date: November 16, 2021             PHILLIP A. TALBERT
                                          Acting United States Attorney
18

19                                        */s/ Paul Hemesath*
                                          PAUL HEMESATH
20                                        Assistant United States Attorney
                                          Attorney for Plaintiff
21

22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5   IT IS SO ORDERED.

6

7   Dated: November 16, 2021

Troy L. Nunley
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28