HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
KENDELL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDELL DAVIS,<br><br>Defendant. | Case No. 2:20-CR-37-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: February 17, 2022<br>Time: 9:30 A.M.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Kendell Davis, that the status conference currently set for February 17, 2022 **may be continued to March 31, 2022 at 9:30 A.M.**

On February 13, 2020, the government filed an indictment against Mr. Davis alleging a violation of 18 U.S.C. § 922(g)(1). ECF No. 4. On April 15, 2020, the government provided the defense with discovery, consisting of several video and audio files and 106 pages of discovery.

The defense requires addition time to conduct legal research on various guidelines issues, conduct other legal research, explore potential resolutions, consider pretrial motions, and otherwise prepare for trial. The defense believes that failure to grant the requested continuance would deny it the reasonable time necessary for effective defense preparation, taking into

account the exercise of due diligence.  The parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.  Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between February 17, 2022 and March 31, 2022 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at Mr. Davis's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Davis in a speedy trial.  Finally, the parties expect that they will have a resolution to the case by the next status conference.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 15, 2022              */s/  Christina Sinha*
                                     CHRISTINA SINHA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     KENDELL DAVIS


Date: February 15, 2022              PHILLIP A. TALBERT
                                     United States Attorney

                                     */s/ Paul Hemesath*
                                     PAUL HEMESATH
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 15, 2022

Troy L. Nunley
United States District Judge