HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
KENDELL DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-37-TLN |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER TO CLARIFY** |
| vs. | ) **CONDITION OF PROBATION CONCERNING** |
| | ) **OVERNIGHT TRAVEL FOR EMPLOYMENT** |
| KENDELL DAVIS, | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Kendell Davis, that the Court may clarify that Mr. Davis is specifically authorized to do overnight travel and stays associated with his employment at Union Pacific Railroad.

On April 27, 2023, Mr. Davis appeared in Court for his judgment and sentencing hearing. One of the many matters discussed at the hearing and referenced in the relevant filings in this case is that Mr. Davis's job with Union Pacific Railroad has a variant schedule (including night shifts) that require him to sometimes stay at motels overnight.

Mr. Davis was *inter alia* sentenced to time served, with 36 months of supervised release, a condition of which is 36 months on home detention. ECF No. 73. Per the Court's instructions,

1    Mr. Davis reported to the Probation office in Sacramento immediately after the sentencing hearing and met with a Probation Officer. That Probation Officer gave him the contact information for the Elk Grove Probation Officer who will be supervising him.

      Mr. Davis and his undersigned counsel called the Elk Grove Probation Officer and discussed next steps. That Officer alerted defense counsel that Probation requires a specific Order from the Court allowing overnight stays away from home. The defense apologizes for being unaware of this issue and not requesting specific language at the hearing.

      After conferring with that Officer and with undersigned government counsel, the parties have put forth this stipulation and proposed order, and agree that it is appropriate for the Court to clarify that Mr. Davis is authorized to do overnight stays away from home as part of his employment with Union Pacific Railroad, and respectfully request the Court so to order.

                               Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

Date: April 27, 2023          */s/ Christina Sinha*
                               CHRISTINA SINHA
                               Assistant Federal Defender
                               Attorneys for Defendant
                               KENDELL DAVIS

Date: April 27, 2023          PHILLIP A. TALBERT
                               United States Attorney

                               */s/ Alstyn Bennett*
                               ALSTYN BENNETT
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The defendant is specifically authorized to do overnight stays away from home that are a part of his employment with Union Pacific Railroad for the duration of his home detention period.

IT IS SO ORDERED.

Dated: April 28, 2023

Troy L. Nunley
United States District Judge